IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE,<br><br>        Plaintiff,<br><br>     v.<br><br>CINEMARK USA, INC., dba<br>CINEMARK MOVIES 8,<br><br>        Defendant. | NO. 2:04-cv-397-GEB-CMK<br><br><u>AMENDMENT TO</u><br><u>FINAL PRETRIAL ORDER</u> |

      The Final Pretrial Order filed August 25, 2005, is amended at page line, lines 22-24, to read as follows: "No later than October 18, 2005, the parties shall file and serve any preserved evidentiary objections to any designated discovery, or said objections are waived."

      IT IS SO ORDERED.

DATED: August 30, 2005

                                    <u>/s/ Garland E. Burrell, Jr.</u>
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge