IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE, ) | |
| ) | 2:04-cv-0397-GEB-KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CINEMARK USA, INC. dba CINEMARK ) | |
| MOVIES 8, ) | |
| ) | |
| Defendant. ) | |

The in limine motions are denied since they were not presented as prescribed in Section II of the Final Pretrial Order filed August 25, 2005.

IT IS SO ORDERED.

DATED: October 24, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge