IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERIE WHITE,
        Plaintiff,

v.

CINEMARK USA, INC. dba CINEMARK MOVIES 8,
        Defendant.

02:04-cv-0397-GEB-KJM

<u>ORDER</u>

Trial in this action was scheduled to commence today, October 25, 2005, but rather than presenting evidence, Plaintiff's counsel argued that Defendant had recently made modifications to the premises at issue which could change the issues at trial. Defendant agreed with Plaintiff's position about modifications having been made but disagreed with Plaintiff's position on the effect of the modifications. Since the parties agreed that the modifications should be inspected by their respective experts, and Defendant argued that the modifications render moot Plaintiff's ADA claims, the following schedule issues.

The parties have leave for their respective experts to conduct site inspections of the recently-made modifications to the premises. The parties are to exchange expert reports on the inspections no later than November 7, 2005.

        A further final pretrial conference is set for November 21, 2005, at 2:30 p.m. The parties shall file a <u>JOINT</u> pretrial statement with the Court not later than seven (7) days prior to the final pretrial conference.[1]

        IT IS SO ORDERED.

Dated: October 25, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of any joint document required to be filed in this case does not excuse the other parties from their obligation to timely file the document in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the document shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.