IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERIE WHITE,
        Plaintiff,
    v.
CINEMARK USA, INC., dba
CINEMARK MOVIES 8,
        Defendant.

02:04-cv-397-GEB-CMK

ORDER

On March 17, 2006, Defendant filed an application to hear its "Motion for Continuance, for a Stay, and for Leave to File Dispositive Motions" on shortened time arguing that the motion must be heard on shortened time because trial is scheduled to commence on April 4, 2006. On March 22, 2006, the trial date was rescheduled from April 4, 2006, to September 12, 2006, due to a conflict with an ongoing criminal trial. This sua sponte decision to reschedule the trial moots Defendant's application and motion for continuance of the trial commencement date. Defendant's motion for a stay is denied since the motion does not satisfy the applicable Rule 16 standard. Further, since Defendant's motion for leave to file dispositive

1

motions is premised on the existence of "new facts" that will only arise "if Yuba City approves [Defendant's] use permit application" and Defendant "proceed[s] with reconstruction of the Theatre," the motion is not yet ripe for decision and therefore is denied.

IT IS SO ORDERED.

Dated: March 29, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge