IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERIE WHITE,                          )
                                       )      02:04-cv-0397-GEB-KJM
                    Plaintiff,         )
                                       )
          v.                           )      ORDER
                                       )
CINEMARK USA, INC. dba CINEMARK        )
MOVIES 8,                              )
                                       )
                    Defendant.         )
_____)

          On August 31, 2006, Plaintiff's counsel's office left a

message on my Courtroom Deputy's voice mail that this action has

settled and a dismissal document will be filed on Tuesday,

September 5, 2006.  Since I will not be certain that this action

has settled until a dismissal document is filed, the trial

commencement date will not yet be vacated.  See Callie v. Near, 829

F.2d 888, 890 (9th Cir. 1987) (before a settlement agreement is

enforceable the parties must have agreed to all material terms of

the settlement in an enforceable form).

          IT IS SO ORDERED.

Dated:  September 1, 2006


                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge