IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERIE WHITE,

        Plaintiff,

    v.

CINEMARK USA, INC. dba CINEMARK MOVIES 8,

        Defendant.

02:04-cv-0397-GEB-KJM

ORDER

The "Notice of Settlement" filed September 5, 2006, states this action "has been resolved" and that "[t]he parties anticipate filing a request for dismissal within three weeks." (Notice of Settlement at 1.) Therefore, trial scheduled to commence September 12, 2006, is vacated and a dismissal document shall be filed no later than September 26, 2006. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers

/////
/////
/////
/////

1 | on the date prescribed by the Court may be grounds for
2 | sanctions.").
3 | IT IS SO ORDERED.
4 | Dated: September 5, 2006

<u>/s/ Garland E. Burrell, Jr.</u>  
GARLAND E. BURRELL, JR.  
United States District Judge