**LAW OFFICES OF LYNN HUBBARD, III**
LYNN HUBBARD, III (CA SBN 69773)
SCOTTLYNN J. HUBBARD (CA SBN 212970)
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
SHERIE WHITE


**AKIN GUMP STRAUSS HAUER & FELD LLP**
ROLAND M. JUAREZ (CA SBN 160793)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343


Attorneys for Defendant
CINEMARK USA, INC. dba CINEMARK MOVIES 8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CINEMARK USA, INC. dba CINEMARK MOVIES 8<br><br>　　　　　Defendant. | Case No. 02:04-cv-0397-GEB-KJM<br><br>**JOINT STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE AND ORDER THEREON [Fed. R. Civ. P. 41(a)(1)(ii)]**<br><br>Complaint Filed: February 26, 2004<br><br>Honorable Garland E. Burrell |

PDF created with pdfFactory trial version www.pdffactory.com

# JOINT STIPULATION

WHEREAS, Plaintiff Sherie White ("Plaintiff") filed her Complaint against Defendant Cinemark USA, Inc. dba Cinemark Movies 8 ("Defendant") on February 26, 2004;

WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement and General Release providing for dismissal of the Complaint with prejudice, with each party to bear her and its own attorneys' fees and costs;

**THEREFORE, IT IS SO STIPULATED** by and between Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that:

(i) the Complaint, in its entirety, is dismissed with prejudice; and

(ii) each party shall bear her and its own attorneys' fees and costs incurred in connection with this action.

Dated: September 14, 2006   **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Roland M. Juarez
Roland M. Juarez (CA SBN 160793)

Attorneys for Defendant
CINEMARK USA, INC. dba CINEMARK MOVIES 8

Dated: September 14, 2006   **LAW OFFICES OF LYNN HUBBARD**

By:/s/ Lynn Hubbard, III
Lynn Hubbard, III, Esq. (CA SBN 969773)

Attorneys for Plaintiff
SHERIE WHITE

1
**JOINT STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE AND ORDER THEREON**
**[Fed. R. Civ. P. 41(a)(1)(ii)]**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **ORDER ON STIPULATION FOR DISMISSAL** |
| 2 | Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS |
| 3 | the Stipulation and dismisses the above-captioned action with prejudice, with each party to bear her |
| 4 | and its own attorneys' fees and costs. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: September 14, 2006 |
| 8 | /s/ Garland E. Burrell, Jr. |
| 9 | GARLAND E. BURRELL, JR. |
| 10 | United States District Judge |

2

**JOINT STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE AND ORDER THEREON**
**[Fed. R. Civ. P. 41(a)(1)(ii)]**

PDF created with pdfFactory trial version www.pdffactory.com